Theodore JUSTICE, for Son,
Plaintiff–Appellant,

v.

Dr. Timothy FARLEY, Granville County
School Superintendent; Mary Watson,
Director Exceptional Children; Au-
gustus B. Elkins, Administrative Law
Judge; Honorable Julian Mann, III,
Administrative Law Judge; Amy Mil-
ler, Program Director Exceptional
Children; Michael Allen, Director Ex-
ceptional Children; Kathy Twisdale,
Principal Stovall Shaw Elementary;
Robynn Williams, Special Education
Teacher; James E. Cross, Jr., Attorney
Granville County Schools; Dale W.
Hensley, Attorney Granville County
Schools; Kate Neale, Consultant for
Dispute Resolution Department of
Public Instruction Exceptional Chil-
dren Division; Julie Richards, Clerk
of Court, Defendants–Appellees.

No. 14–1077.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 24, 2014.

Decided: April 29, 2014.

Theodore Justice, Appellant Pro Se. John Graham Corriher, Kenneth Alexander Soo, Tharrington Smith LLP, Raleigh, North Carolina; Laura Ellen Crumpler, Susannah Porter Holloway, North Carolina Department of Justice, Raleigh, North Carolina; Tiffany Y. Lucas, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellees.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Theodore Justice appeals the district court's order dismissing his complaint raising claims under the Individuals with Disabilities Education Act, Section 504 of the Rehabilitation Act, 42 U.S.C. §§ 1983, 1985(2) (2012) and the United States Constitution. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Justice v. Farley*, No. 5:13–cv–00343–D, 2014 WL 229127 (E.D.N.C. Jan. 21, 2014). We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*